APF 286 MAD LLC et al., Respondents, v CHITTUR & ASSOCI-ATES P.C. et al., Appellants.

Submitted February 8, 2016; decided March 31, 2016

Motion for leave to appeal dismissed upon the ground that the judgment sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for a stay dismissed as academic.

In the Matter of ARIANNA-SAMANTHA LADY MELISSA S. and Another, Children Alleged to be Neglected. CARISSA S., Appellant; COMMUNITY COUNSELING & MEDIATION, Respondent.

Submitted February 2, 2016; decided March 31, 2016

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Family Court's denial of the motion to vacate, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.

In the Matter of AUSTROLYN O., Respondent, v MICHELLE R., Appellant, et al., Respondent.

Submitted February 1, 2016; decided March 31, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.